ACCEPTED
04-15-00284-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/21/2015 12:37:28 AM
KEITH HOTTLE
CLERK

## IN THE TEXAS COURT OF APPEALS
## FOR THE FOURTH APPELLATE DISTRICT

| | | |
|---|---|---|
| **KENNETH ALLEN GOETZ,** | § | |
| **Appellant,** | § | |
| | § | **04-15-00284** |
| **v.** | § | |
| | § | |
| **THE STATE OF TEXAS** | § | |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

08/21/15 12:37:28 AM

KEITH E. HOTTLE
Clerk

## MOTION TO WITHDRAW
## FROM REPRESENTING APPELLANT

### TO THE HONORABLE COURT OF APPEALS:

Anthony M. Smith, appointed appellate counsel ("Counsel") herein presents his Motion to Withdraw from representing Appellant Kenneth Allen Goetz, for good cause, shown below:

Counsel has conscientiously examined the record in Mr. Goetz's's case in Cause No. 2014-CR-7400W out of the 226th District Court in Bexar County, Texas in which Mr. Goetz pled nolo contendere to Aggravated Robbery, and as the result of a plea bargain agreement, was placed on deferred adjudication, and later adjudicated guilty and sentenced to five years incarceration in the Texas Department of Criminal Justice, Institutional Division, whereupon he filed a timely Notice of Appeal and undersigned counsel was appointed to pursue Mr. Goetz's appeal.

Accordingly, Counsel concluded in his professional judgment and opinion, there are no good faith arguable issues on which to assert an appeal

1

herein, and therefore filed a Brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), *("Anders* brief ') setting forth in the Brief counsel's review for all potentially good faith arguable issues permitted by law and cognizable by counsel.

THERFORE, Counsel, is forwarding to Appellant a copy of (1) the *Anders* Brief, (2) counsel's motion to withdraw, and a (3 letter advising appellant of his options to file or not a *pro se* brief in this cause and to request a copy of the record. Ergo, undersigned counsel respectfully requests that he be permitted to withdraw from this cause.

Respectfully submitted,

By:/S/ Anthony M. Smith
Anthony Martin Smith
P.O. Box 90391
San Antonio, TX 78209
OFC: (210) 281-9000
FAX: (210) 247-6176
APPOINTED COUNSEL
FOR APPELLANT

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 20, 2015, I sent a true and correct copy of the foregoing Motion was sent via EFile-Texas to Rico Valdez, Bexar County Criminal District Attorney's Office, 300 Dolorosa, 5th Floor, San Antonio, TX 78205 and by First Class Mail to Kenneth Allen Goetz#01992891, Garza Unit East, 4304 Hwy. 202, Beevile, TX 78102.

/S/ Anthony M. Smith
Anthony Martin Smith